```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/19/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
ROBKIEM BROWN, et al.,                                            :
                                                                  :
                              Plaintiffs,                         :
                                                                  :     19-cv-3375 (LJL)
        -v-                                                       :
                                                                  :     ORDER
JAMES P. O'NEILL, et al.,                                         :
                                                                  :
                              Defendants.                         :
                                                                  :
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

   A status conference is scheduled for March 9, 2021 at 12:00 p.m.  The Plaintiffs in this action, Robkiem Brown and Hassan Bouchet, are ORDERED to attend the telephonic conference.  The conference will be cancelled if Plaintiffs file a stipulation of discontinuance prior to the conference.

   To attend the status conference, the parties are directed to dial into the Court's teleconference line at 888-251-2909, Access Code 2123101, and follow the necessary prompts.

   SO ORDERED.

Dated: February 19, 2021                          _____
       New York, New York                                LEWIS J. LIMAN
                                                         United States District Judge