```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/5/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ROBKIEM BROWN and HASSAN BOUCHET,

                Plaintiffs,

        -v-

THE CITY OF NEW YORK, et al.,

                Defendants.
------------------------------------------------------------------X

19-cv-3375 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

    The request by Plaintiffs' counsel to withdraw as counsel is GRANTED IN PART.  *See* Dkt. No. 48.  Counsel Elliot H. Fuld is relieved as counsel for Plaintiffs, and the Clerk of Court is respectfully directed to remove his name as counsel for Plaintiffs.

    Plaintiffs shall have sixty (60) days from the date of this Order, until May 4, 2021, to have new counsel appear in this action or, alternatively, to file a letter with the Court (via the Pro Se Intake Unit) that indicates they intend to pursue the action as pro se parties.

    The status conference previously scheduled for March 9, 2021 is ADJOURNED to May 12, 2021 at 10:00 a.m.  The parties are directed to dial into the Court's teleconference line at 888-251-2909 and use Access Code 2123101.  If Plaintiffs do not appear at the conference or otherwise indicate their intent to pursue the action, the Court will consider a motion by Defendants to dismiss for failure to prosecute.

    Mr. Fuld is directed to send a copy of this Order to Plaintiffs.

    SO ORDERED.

Dated: March 5, 2021
       New York, New York

                                                LEWIS J. LIMAN
                                                United States District Judge