UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
ROBKIEM BROWN, et al.,                                                 :
                                                                       :
                                          Plaintiffs,                  :
                                                                       :         19-cv-3375 (LJL)
              -v-                                                      :
                                                                       :         ORDER
CITY OF NEW YORK, et al.,                                              :
                                                                       :
                                          Defendants.                  :
                                                                       :
-----------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

The Court has received letters from each Plaintiff asking for an extension of time to obtain an attorney. *See* Dkt. Nos. 54, 55. The extension is GRANTED. Plaintiffs shall have an additional thirty (30) days, until June 10, 2021, to retain counsel.

The telephonic status conference previously scheduled for May 14, 2021 is ADJOURNED to June 17, 2021 at 10:00 a.m. Parties are directed to dial into the Court's teleconference line at 888-251-2909, Access Code 2123101, and follow the necessary prompts. If new counsel for Plaintiffs have not been retained by the time of the conference, Plaintiffs shall appear at the conference pro se.

The Clerk of Court is directed to mail a copy of this Order to Plaintiffs and to list their mailing addresses on the docket (as provided at Dkt. Nos. 54, 55):

| | |
|---|---|
| Robkiem Brown | Hassan Bonchet |
| 32 Albert Court | 21 Canal Circle #101 |
| Staten Island, NY 10303 | Jersey City, NJ 07304 |

SO ORDERED.

Dated: May 11, 2021
       New York, New York                                     _____
                                                              LEWIS J. LIMAN
                                                              United States District Judge