USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/21/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
ROBKIEM BROWN and HASSAN BOUCHET, :
:
Plaintiffs, :
: 19-cv-03375 (LJL)
-v- :
: ORDER
O'NEILL ET AL, :
:
Defendants. :
:
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

    A Telephonic Status Conference was scheduled for June 17, 2021 at 10:00 a.m. Neither Plaintiff appeared at the conference and so the conference was cancelled. The Telephonic Status Conference is hereby rescheduled for July 9, 2021 at 11:00 a.m. Parties are directed to dial into the Court's teleconference line at 888-251-2909 and use access code 2123101. Plaintiffs are ordered to appear at the conference pro se if they have not retained new counsel.

    The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiffs.

    SO ORDERED.

Dated: June 21, 2021
       New York, New York

                                          LEWIS J. LIMAN
                                          United States District Judge