USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __7/9/2021__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
:
ROBKIEM BROWN and HASSAN BOUCHET, :
:
Plaintiffs, :
: 19-cv-3375 (LJL)
-v- :
: ORDER
THE CITY OF NEW YORK, et al., :
:
Defendants. :
:
-----------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

The Court held a status conference on July 9, 2021 at which Plaintiffs appeared pro se. As discussed at the conference, the deadline for the close of discovery is extended to **October 1, 2021**. Plaintiffs are encouraged to consult with the New York Legal Assistance Group ("NYLAG") through its website at https://www.nysd.uscourts.gov/attorney/legal-assistance or by dialing 212-659-6190.

A telephone conference is scheduled for **October 14, 2021 at 12:00 p.m.** Parties are directed to dial into the Court's teleconference line at 888-251-2909, Access Code 2123101, and to follow the necessary prompts.

The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiffs.

SO ORDERED.

Dated: July 9, 2021  _____
New York, New York  LEWIS J. LIMAN
United States District Judge