```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
                                                                     :
ROBKIEM BROWN and HASSAN BOUCHET,                                    :
                                                                     :
                              Plaintiffs,                            :
                                                                     :      19-cv-3375 (LJL)
        -v-                                                          :
                                                                     :           ORDER
JAMES P. O'NEILL, et al.,                                            :
                                                                     :
                              Defendants.                            :
                                                                     :
-------------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/04/2022

LEWIS J. LIMAN, United States District Judge:

     Defendants filed a motion for summary judgment on December 14, 2021. Plaintiffs have not responded. Plaintiffs are directed to respond to the motion for summary judgment by **June 3, 2022** and are warned that failure to do so will result in the Court considering the motion for summary judgment as unopposed or dismissing the case for failure to prosecute.

     The Clerk of Court is respectfully directed to mail a copy of this Order to the pro se plaintiffs, and Defendants are directed to send a copy of this Order to plaintiffs by any means through which they have previously communicated with them.

     SO ORDERED.

Dated: April 4, 2022  
       New York, New York

                                                     LEWIS J. LIMAN  
                                                United States District Judge