

| | | |
|---|---|---|
| **HON. SYLVIA O. HINDS-RADIX**<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **JEFFREY F. FRANK**<br>*Assistant Corporation Counsel*<br>Tel: (212) 356-3541<br>Fax: (212) 356-3509<br>jefrank@law.nyc.gov |

September 7, 2023

**REQUEST GRANTED.**
The Telephonic Status Conference previously set for October 20, 2023 is rescheduled to October 26, 2023 at 4:30PM. Parties are reminded to dial into the Court's teleconference line at 888-251-2909 and use access code 2123101.

9/11/2023   SO ORDERED.

LEWIS J. LIMAN
United States District Judge

**BY ECF**
Honorable Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:   *Robkiem Brown, et al. v. Police Officer Adekundle Longe*,
           19 Civ. 3375 (LJL)

Your Honor:

    I am an Assistant Corporation Counsel in the Office of the Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, representing defendant Police Officer Adekundle Longe in the above-referenced matter. With plaintiff Bouchet's consent, I write to respectfully request that the Court adjourn the status conference that was recently rescheduled to October 20, 2023 at 4:00 p.m.

    Yesterday, on September 6, 2023, I called plaintiff Brown at the telephone number listed on the docket sheet. Nobody answered, and there was no option to leave a voicemail message. Further, on September 6, 2023, I sent the Court's September 5, 2023 Order to both plaintiffs by e-mail. In a reply e-mail, plaintiff Bouchet consented to defendant's adjournment request. As of this writing, I have not received a reply e-mail or return phone call from plaintiff Brown.

    An additional adjournment of the October 20, 2023 status conference is necessary because I will be out of state October 19–22, 2023, for a previously scheduled vacation. Accordingly, defendant respectfully requests that the Court adjourn the status conference until a date and time during the week of October 23–27, 2023, that is convenient for the Court.[1]

---

[1] On October 27, 2023, at 3:00 p.m., defense counsel has a previously scheduled status conference in the Eastern District of New York before the Honorable Lee G. Dunst, in the matter of *Cagan v. Rittenhouse, et al.*, 22-CV-0260 (EK) (LGD). Aside from that conference, defense counsel is currently available at any other time during the week of October 23–27, 2023.

- 2 -

Defendant thanks the Court for its consideration of this matter.

                                                    Respectfully submitted,

                                                    Jeffrey F. Frank
                                                    *Assistant Corporation Counsel*
                                                    Special Federal Litigation Division

cc:    **VIA FIRST CLASS MAIL & E-MAIL**
       Robkiem Brown, Plaintiff *Pro Se*
       32 Albert Court
       Staten Island, New York 10303
       Robkiembrown92@yahoo.com

       Hassan Bouchet, Plaintiff *Pro Se*
       21 Canal Circle, Apt. 101
       Jersey City, New Jersey 07304
       hassan_bouchet@yahoo.com