```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/26/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
ROBKIEM BROWN and HASSAN BOUCHET,                :
:
　　　　　　　　　　　Plaintiffs,                 :
:　　　19-cv-3375 (LJL)
　　-v-                                           :
:　　　ORDER
ADEKUNLE LONGE,                                   :
:
　　　　　　　　　　　Defendant.                  :
:
---------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

　　The Court has been informed that the parties have reached a settlement in principle in this case. Accordingly, it is hereby ORDERED that this action is DISMISSED without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within thirty (30) days of this Order. Any application to reopen filed after thirty (30) days from the date of this Order may be denied solely on that basis. Any pending motions are DISMISSED as moot, and all conferences and deadlines are CANCELLED.

　　SO ORDERED.

Dated: March 26, 2024　　　　　　　　　　　　　_____
　　　　New York, New York　　　　　　　　　　　　LEWIS J. LIMAN
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge